# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Awwad Bassam<br>v.<br>Attorney General Michael Mukasey et al | Case Number:<br>**FILED: JUNE 12, 2008**<br>**08CV3391**<br>**JUDGE HART**<br>**MAGISTRATE JUDGE KEYS**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Bassam Awwad

| | |
|---|---|
| NAME (Type or print) | |
| Patricia Kemling | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Patricia Kemling | |
| FIRM | |
| Council on American-Islamic Relations, Chicago Chapter (CAIR-Chicago) | |
| STREET ADDRESS | |
| 28 E. Jackson, Suite 1410 | |
| CITY/STATE/ZIP | |
| Chicago/IL/60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6294379 | 312.212.1520 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐