*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv3391                Assigned/Issued  By:

Judge Name:                          Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP          ☐ No Fee        ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment
                                        _____
☐ Wage-Deduction Garnishment Summons    _____
                                        (Victim, Against and $ Amount)
☐ Citation to Discover Assets
                                        ☐ Other
☐ Writ _____             _____
       (Type of Writ)                   _____
                                        (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                    (Date)
_____

_____